UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Case No. 21-cv-04385
CATHY CONLON,                                                                (RPK-JMW)

                                          Plaintiff,                      **STIPULATION OF**
   -against-                                                                       **DISCONTINUANCE**

RAEL FIRE PROTECTION, LLC,

                                          Defendant.
-------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, by and through their undersigned attorneys, that whereas no party hereto is an infant or incompetent for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the proceeding, that Plaintiff's complaint against Defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either party.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party hereto agrees that this dismissal is without costs or fees,  The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit, against the parties herein or any other party.

                                                    REMAINDER OF PAGE INTENTIONALLY BLANK

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by facsimile or electronic means, each of which shall be deemed to be an original.

Dated: Garden City, New York
        June ___, 2022

| | |
|---|---|
| THE SIGEL LAW FIRM, P.C. | SCHNEIDER BUCHEL, LLP |
| By: _____ | By: _____ |
| Bradley Siegel, Esq. | Mitchell Flachner, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 591 Stewart Avenue, Suite 400 | 666 Old Country Road, Suite 412 |
| Garden City, New York 11530 | Garden City, New York 11530 |
| (516) 558-7559 | (516) 393-5555 |